

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                              Case

Greater Zion, v. Lemuel Davis, et al
et al

**08CV3650**
**JUDGE CASTILLO**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE U...

Greater Zion MB Church, Rev. Wesley, Sr., Eugene Wilkerson, Kimberley Renee Thompson, and Lillie Wesley

---

| | |
|---|---|
| **SIGNATURE** | Mecca Thompson |
| **FIRM** | Law Office of Mecca Thompson |
| **STREET ADDRESS** | 5424 W. Madison |
| **CITY/STATE/ZIP** | Chicago, IL 60644 |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6282173 | **TELEPHONE NUMBER** (312) 361-0449 |

FILED
Jun 26, 2008
JUN 2 6 2008   TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐