IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Greater Zion MB Church, Rev. Kevin Wesley, Sr., Eugene Wilkerson, Kimberley Renee Thorton, and Lillie Wesley

PLAINTIFF

08CV3650
JUDGE CASTILLO
MAGISTRATE JUDGE VALDEZ

VS.

Lemuel Davis, Tom Miller, William Morgan, Honorable Judge Dornesburger, and Charter One Bank

DEFENDANT

FILED
JUN 2 6 2008 TC
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

Harry Rubinoff  TO: Lemuel Davis      Tom Miller           Charter One Bank
5519 N. Lincoln    204 N. Laramie     914 Worcester Ave.   DLA Piper Rudnick
Chicago, IL 60025  Chicago, IL 60644  Westchester, IL 60154  203 North LaSalle,
                                                            Suite 1900
                                                            Chicago, IL 60601

On July 8, 2008, at 9:45 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Castillo in Courtroom 2141 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Motion for Joinder and Order to Stay

Name Law Office of Mecca Thompson
Address 5424 W. Madison St
City / Zip Chicago, IL 60644
Telephone (312) 361-0449

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 27 day of June, 2008, I served a copy of this notice to each person whom it is directed by way of mailing at the U.S.P.S.

Mecca Thompson
SIGNATURE / CERTIFICATION

June 26, 2008
DATE