**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Greater Zion MB Church, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−03650
                                                Honorable Ruben Castillo

Lemuel Davis, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Plaintiffs' motion for joinder [5] is entered and continued to 7/16/2008 at 10:00 AM. Motion hearing set for 7/8/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.