UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Greater Zion MB Church, et al.
                                    Plaintiff,

v.                                                              Case No.: 1:08−cv−03650
                                                                Honorable Ruben Castillo

Lemuel Davis, et al.
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 7/16/2008. Plaintiffs motion for joinder and order to stay [5] is denied. Plaintiffs are granted leave to file an amended motion. The Court will hear the amended motion on 8/5/2008 at 9:45 AM. Parties to file a joint status report on or before 8/4/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.