MHN

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GREATER ZION MB CHURCH, and the Greater Zion Board of Trustees, collectively and individual they are Reverend Dwight Wesley, President of The Board of Trustees, Kevin Wesley, Sr, Eugene Wilkerson, Renee Thorton, and Lillie Wesley | ) ) ) ) ) ) ) | Judge  Castillo |
| | ) ) | Magistrate Judge  Valdez |
| Plaintiff | ) ) | |
| and | ) ) | Case No.   08 C 3650 |
| Lemuel Davis, Tom Miller, William Morgan, Honorable Judge Donnesburger, and CHARTER ONE BANK  Defendant | ) ) ) ) ) | FILED 7-29-2008 JUL 29 2008  YM |

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOW COMES Plaintiff, Greater Zion Missionary Baptist Church, an Illinois Not-For-Profit Corporation (hereinafter "Greater Zion"), Reverend Dwight Wesley, President of the Board of Trustee, and the members of the Greater Zion Board of Trustees: Kevin Wesley, Sr, Eugene Wilkerson, Renee Thorton, and Lillie Wesley, and through its attorney, Mecca Thompson of Law Office of Mecca Thompson and for its Filing to Voluntarily Dismiss its Complaint for violation of First Amendment Freedom of Religion, Fifth Amendment Due Process, bank fraud regarding corporate account, Unauthorized Assumption of Corporate Authority, and states as follows:

### FILING OF VOLUNTARY DISMISSAL OF ITS COMPLAINT

1. The Plaintiff's move to dismiss the complaint pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. Notice of voluntary dismiss is attached, and has been mailed to all parties.

3. With the exception of the complaint, no other pleadings have been filed in this matter.

WHEREFORE PLAINTIFF PRAYS FOR THIS HONORABLE COURT TO DO THE FOLLOWING:

A.  Issue an order strike the hearing schedule for August 5, 2008.

*Mecca Thompson*
Attorney Thompson (Attorney Bar #6282173)
Attorney for Plaintiffs
Law Office of Mecca Thompson
5424 West Madison
Chicago, IL 60644
(312) 361-0449

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| GREATER ZION MB CHURCH, and the Greater Zion Board of Trustees, collectively and individual they are Reverend Dwight Wesley, President of The Board of Trustees, Kevin Wesley, Sr, Eugene Wilkerson, Renee Thorton, and Lillie Wesley | ) ) ) ) ) ) ) | Judge | Castillo |
| | ) | Magistrate Judge | Valdez |
| Plaintiff | ) ) | | |
| and | ) ) | Case No. | 08 C 3650 |
| Lemuel Davis, Tom Miller, William Morgan, Honorable Judge Donnesburger, and CHARTER ONE BANK | ) ) ) ) ) | | |
| Defendant | ) | | |

FILED
7-29-2008
JUL 29 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Harry Rubinoff | Lemuel Davis | Tom Miller |
|---|---|---|
| 5519 N. Lincoln Ave. | 204 N. Laramie | 914 Worchester Ave. |
| Chicago, IL 60625 | Chicago, IL 60644 | Westchester, IL 60154 |

| | |
|---|---|
| Charter One Bank | Judge Donnesburger (last known address) |
| Attn: Stephanie Garrett | Attn: Joan Kubalanza |
| Holland & Knight | Lowis & Gellen |
| 131 South Dearborn | 200 W. Adams |
| Suite 3000 | 19th Floor |
| Chicago, IL 60603 | Chicago, IL 60606 |

NOTICE OF FILING OF   VOLUNTARY DISMISSAL OF ITS COMPLAINT
Fed R Civ. Proc 41(a)(1)(i)

Pursuant to the provisions of Rule 41(a)(1)(i), GREATER ZION MB CHURCH, the Greater Zion Board of Trustees, collectively and individual Reverend Dwight Wesley, President of The Board of Trustees, Kevin Wesley, Sr, Eugene Wilkerson, Renee Thorton, and Lillie Wesley, plaintiffs herein, voluntarily dismisses without

prejudice the above-entitled action as to Lemule Davis, Tom Miller, William Morgan, the Honorable Judge Donnesburger, and Charter One Bank, defendants herein.

*/s/ Mecca Thompson*
Attorney Thompson (Attorney Bar #6282173)
Attorney for Plaintiffs
Law Office of Mecca Thompson
5424 West Madison
Chicago, IL 60644
(312) 361-0449