# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Greater Zion MB Church, et al.

                                                       Plaintiff,

v.                                                Case No.: 1:08−cv−03650

                                                Honorable Ruben Castillo

Lemuel Davis, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Ruben Castillo:The hearing set for 8/5/2008 is vacated. This case is dismissed pursuant to Plaintiffs' voluntary dismissal of its complaint.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.